IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHIRLEY HARRIS | ) |
| | ) |
| v. | ) NO. 3-12-0552 |
| | ) JUDGE CAMPBELL |
| LNV CORPORATION, et al. | ) |

ORDER

In accordance with the Complaint (Docket No. 1) and Temporary Restraining Order (Docket No. 3) entered on May 31, 2012, the Court will hear Plaintiff's motion for Preliminary Injunction on June 13, 2012, at 9:00 a.m. Absent extraordinary circumstances, the hearing will conclude on that day.

The parties shall file with the Court by the close of business on Monday, June 11, 2012, the following pertaining to the preliminary injunction hearing: (1) any affidavits; (2) witness lists; (3) exhibit lists; (4) any depositions and/or deposition designations; (5) any stipulations; (6) any motions in limine; and (7) supplemental briefs. No witness shall testify live at the preliminary injunction hearing unless the party calling such witness to testify has identified and made that witness available for a deposition prior to the hearing.

The parties shall advise the courtroom deputy on or before the close of business on June 11, 2012, whether they have resolved matters by mutual agreement or if the preliminary injunction hearing is still necessary.

IT IS SO ORDERED.

                                                                               _____
                                                                               TODD J. CAMPBELL
                                                                               UNITED STATES DISTRICT JUDGE