IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHIRLEY HARRIS | ) |
| | ) |
| v. | ) NO. 3-12-0552 |
| | ) JUDGE CAMPBELL |
| LNV CORP., et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 72), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss and Motion for Summary Judgment (Docket No. 58) is GRANTED in part and DENIED in part as follows.

Plaintiff's claims for negligence, unjust enrichment, wrongful foreclosure, wantonness, and intentional infliction of emotional distress are DISMISSED.

The remaining claims for violation of the Fair Debt Collection Practices Act, violation of the Tennessee Consumer Protection Act, slander of title, and breach of contract will be tried on September 16, 2014, as previously scheduled (Docket No. 70). The pretrial conference remains set for September 8, 2014.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE