IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


SHIRLEY HARRIS                    )
                                  )
v.                                ) NO. 3-12-0552
                                  ) JUDGE CAMPBELL
LNV CORP., et al.                 )


ORDER


Counsel has advised the Court that this matter has been settled. Accordingly, the pretrial

conference set for September 8, 2014, is canceled. The parties shall file an Agreed Order of

Dismissal by September 15, 2014.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE